**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF VERMONT**

| | | |
|---|---|---|
| Tendo, | ) | |
| | ) | |
| v. | ) | Docket No. 2:33-cv-438-wks |
| | ) | |
| United States | | |

<u>EVALUATOR'S REPORT</u>

Please select one:

_X___ First Session Report
_____ Second Session Report
_____ Third Session Report
_____ Corrected/Revised Report
_____ Supplemental Report
_____ Other

Michael J. Marks, Esquire, the Early Neutral Evaluator, reports pursuant to Local Rule 16.1 (j) on the ENE session in this matter as follows:

Full settlement

| | | | |
|---|---|---|---|
| **(j)(1)(A):** | **Date of session:** | **Start time:** | **Finish time:** |
| | **Via Zoom videoconference platform** | | |
| | June 10, 2025 | 10:00 a.m. | 5:40 p.m. |
| **(j)(1)(B):** | **Names of attendees:** | **Role:** | **Settlement authority:** |
| | | | (check only where applicable) |
| | Steven Tendo | Plaintiff | X |
| | Elizabeth Winters, Esq. | Plaintiff Counsel | |
| | Chase Stevens, Esq. | Plaintiff Counsel | |
| | Fatma Morouf, Esq. | Plaintiff Counsel | |
| | Hassan Elsouri, Esq. | Plaintiff Counsel | |
| | Brett Stokes, Esq. | Plaintiff Counsel | |
| | Kiel Parker | Law Student (observer) | |

        Ben Weathers-Lowin, Esq.    Defense Counsel         X

**(j)(1)(C):** **Substitute arrangements regarding attendance:** N/A

**(j)(1)(D):** **Date parties' Evaluation Statements received by Evaluator:**

Early neutral evaluation statements were filed in a timely manner and allowed for adequate preparation by the evaluator.

**(j)(1)(E):** **Oral presentations:** By all Parties.

**(j)(1)(F):** **Results of session:**

**(j)(1)(F)(i):** _X_ **Full settlement**

___**Partial settlement**

___ **No Settlement**

**(j)(1)(F)(ii):** **Stipulation to narrow the scope of dispute:**  _____**N/A**

**(j)(1)(F)(iii):** **Agreement to limit discovery, facilitate future settlement, or otherwise reduce cost and delay related to trial preparation:**

**Scheduling another ENE session:**   _____Yes _____NO

**Other comments:** (please refer to L.R. 16.1 (j)(2)):

Dated at Middlebury, Vermont on this 11th day of June, 2025

                                                   **S/*Michael Marks***

                                                   _____

                                                   Michael J. Marks, Esq.