UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF VERMONT

STEVEN TENDO,

        Plaintiff,

v.                                        Case No. 2:23-cv-438

UNITED STATES OF AMERICA, et al.,

        Defendants.

## ORDER DISMISSING CASE

The court having been advised by the Evaluator's Report (Document No. 51) the above-entitled action has been settled,

IT IS HEREBY ORDERED this action is dismissed, without costs, with the right to petition, upon good cause shown within 60 days, to reopen the action if settlement is not consummated.

Dated at Burlington, in the District of Vermont, this 13th day of June 2025.

                                                      /s/ William K. Sessions III
                                                      William K. Sessions III
                                                      U.S. District Judge