UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| STEVEN TENDO, | ) | |
| | ) | |
| *Plaintiff*, | ) | Case No. 2:23-cv-438-wks |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, *et al*., | ) | |
| | ) | |
| *Defendants*. | ) | |

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action, by and through their respective counsel of record, that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned action shall be, and hereby is, voluntarily dismissed in its entirety, with prejudice, with the parties to bear their own costs, expenses, and fees.

Dated this 11th day of July, 2025.

Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

By:   *Elizabeth L. Winters*
      Elizabeth L. Winters (*admitted pro hac vice*)
      Dustin T. Greene (*admitted pro hac vice*)
      Chase Stevens (*admitted pro hac vice*)
      1001 West Fourth Street
      Winston-Salem, NC 27101
      (336) 607-7500
      bwinters@ktslaw.com
      dgreene@ktslaw.com
      chstevens@ktslaw.com

        Brett F. Stokes
        Vermont Law School
        P.O. Box 1404
        Burlington, VT 05402
        (802) 399-8520
        bstokes@vermontlaw.edu

        Fatma E. Marouf (*admitted pro hac vice*)
        Texas A&M School of Law
        Immigrant Rights Clinic
        307 W 7th Street, Suite LL50
        Fort Worth, TX 76102
        (817) 212-4123
        fatma.marouf@law.tamu.edu

        Hassan N. Elsouri (*admitted pro hac vice*)
        Elsouri Law & Consultants, PLLC
        3700 Massachusetts Ave. NW, Apt. L22
        Washington, DC 20016
        (313) 736-5411
        hassan@elsourilaw.com

        *Attorneys for Plaintiff*


        MICHAEL P. DRESCHER
        Acting United States Attorney

By:   *Benjamin Weathers-Lowin*
        Benjamin Weathers-Lowin
        Assistant United States Attorney
        United States Attorney's Office
        P.O. Box 570
        Burlington, VT   05402
        (802) 951-6725
        Ben.Weathers-Lowin@usdoj.gov

        *Attorney for Defendants*